CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
February 27, 2026
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WARREN DALE WRIGHT, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:24-cv-00896 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| CHAD KILGORE, *et al.*, ) | By:   Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

Plaintiff Warren Dale Wright, proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983 against Defendants Chad Kilgore, Todd Tatum, Mr. Kestner, and Mrs. Cannon. (*See* ECF No. 1.) By Order entered December 30, 2024, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the Court with his new address. (ECF No. 3.) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.* at 2.)

On February 13, 2026, two orders mailed to Plaintiff were returned to the court as undeliverable, indicating that Plaintiff is no longer incarcerated at Southwest Virginia Regional Jail – Abingdon and was released on May 7, 2025. (*See* ECF Nos. 31, 32.) To date, Plaintiff has not notified the court of his release or provided the court with an updated address.

Additionally, on February 6, 2026, Defendants each filed motions to dismiss Plaintiff's claims under Federal Rule of Civil Procedure 12(b)(6). (ECF Nos. 22, 23, 24, 25.) That same day, the court issued a *Roseboro* notice to Plaintiff directing him to respond to Defendants' motions within 28 days. (ECF No. 30.) On February 23, 2026, that notice, too, was returned to the court as undeliverable, and Plaintiff has not otherwise filed any document in support of his claims in more than 10 months.

Based on Plaintiff's failure to provide the court with an up-to-date address and otherwise pursue his claims against Defendants, the court will dismiss this action without prejudice for failure to prosecute and failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b).

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 27th day of February, 2026.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE